## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: July 29, 2009 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 08-cv-02317-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| MICHAEL R. BROWNING, and | Bradley Levin |
| DEANNA D. BROWNING, | Jeremy Sitcoff |
| Plaintiffs, | |
| v. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, | Suzanne Lambdin |
| Defendant. | |

## COURTROOM MINUTES

HEARING: Oral Argument

**9:27 a.m.**     **Court in session.**

Argument by counsel Levin and Lambdin.

**ORDER:**     Joint Motion to Bifurcate (**Doc. #17**) is **GRANTED.**

**ORDER**:     Joint Motion for Resolution on Stipulated Facts (**Doc.#16**) is **GRANTED.**

The Court delivers its oral ruling.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**     Judgment will enter and be issued today in favor of the defendant and against the Brownings on all claims. The case will be closed.

**10:11 a.m.**     **Court in recess.**

**Total Time:**    **44 minutes.**
**Hearing concluded.**